### 20770.   Waller *et al.* v. Hardin, administrator.

Bloodworth, J.   1. There is no error in the excerpt from the charge of which complaint is made in the one special ground of the motion for a new trial.   See *Martin* v. *Munroe,* 130 *Ga.* 79 (60 S. E. 253).
2. The evidence amply supports the finding of the jury, the verdict has the

approval of the judge who tried the case, and this court is powerless to interfere. *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED MARCH 31, 1931.

*W. M. Smith, Carlisle Cobb,* for plaintiffs in error.
*O. J. Tolnas, Tutt & Brown, Hamilton McWhorter,* contra.